IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES D. JONES AND**
**MICHAEL GAUTHREAUX,**
on behalf of themselves and all
others similarly situated                                           **PLAINTIFFS**

VS.                                    NO: 4:07CV00246

**E-Z MART STORES, INC., FLASH MARKET, INC.,**
**FORT SMITH PETROLEUM EQUIPMENT, INC.,**
**FROST PETROLEUM EQUIPMENT, LLC.,**
**HESS OIL COMPANY; J & P FLASH, INC.,**
**MAGNESS OIL COMPANY, MURPHY OIL**
**USA, INC., PETROMARK, INC., RIVERCITY**
**ENERGY CO., INC., THOMAS PETROLEUM,**
**B-B OIL COMPANY, INCORPORATED,**
**COULSON OIL COMPANY, INC,., DIAMOND STATE**
**OIL, LLC., FREEMAN OIL COMPANY, GARDNER**
**OIL COMPANY, INC., L & L OIL CO., INC.,**
**LASHER OIL COMPANY, LIGON OIL CO., INC.,**
**And PORT CITIES OIL, LLC.**                                       **DEFENDANTS**

## AMENDED ORDER

Pending is the motion of Separate Defendant Murphy Oil USA, Inc. to extend time to answer. (Docket # 13). For good cause shown, the motion is GRANTED. <u>All Defendants</u> who have not yet responded to Plaintiffs' complaint shall have until the Judicial Panel on Multidistrict Litigation ("JPML") shall Order them to respond, or until thirty (30) days after the JPML declines to accept transfer of this case.

IT IS SO ORDERED this 12th day of April, 2007.

_____
James M. Moody
United States District Judge